IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01861-RPM

MORGAN STANLEY & CO., INC.,

    Petitioner,

v.

BRYANT SEAN HAYWARD,

    Respondent.

_____

ORDER FOR ENTRY OF JUDGMENT
_____

Upon review of the Clerk's file in this case including the plaintiff's complaint, the arbitrator's award attached as Exhibit C, the return of service and the failure of Bryant Sean Hayward to answer, it is

ORDERED that the Clerk shall enter judgment in favor of Morgan Stanley & Co., Inc., for the recovery from Bryant Sean Hayward of $353,882.07 plus interest at 8% per annum from September 25, 2011, plus statutory costs.

DATED: January 11th, 2013

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge