IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01861-RPM

MORGAN STANLEY & CO., INC.,

    Petitioner,

v.

BRYANT SEAN HAYWARD,

    Respondent.

_____

## JUDGMENT
_____

    Pursuant to the Order for Entry of Judgment entered by Senior Judge Richard P. Matsch on January 11, 2013, it is

    ORDERED AND ADJUDGED judgment is entered in favor of Morgan Stanley & Co., Inc., and against Bryant Sean Hayward in the sum of $353,882.07 plus interest at 8% per annum from September 25, 2011, for a total of $390,569.12, plus statutory costs upon the filing of a bill of costs within 14 days.

    DATED: January 11th, 2013

                          FOR THE COURT:

                          JEFFREY P. COLWELL, Clerk

                              s/M. V. Wentz
                        By:_____
                                Deputy