IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01861-RPM

MORGAN STANLEY & CO., INC.,

      Petitioner,

v.

BRYANT SEAN HAYWARD,

      Respondent.

_____

ORDER DENYING MOTION FOR ATTORNEYS' FEES
_____

On January 11, 2013, judgment was entered in favor of the plaintiff based on an arbitration award. On January 25, 2013, the plaintiff filed a motion for attorneys' fees, relying on a provision in the promissory notes. In this Court's view, those notes were merged in the arbitration award and do not provide for a basis for attorneys' fees for this civil action. Accordingly, it is

ORDERED that the plaintiff's motion for attorneys' fees is denied.

DATED: February 1st, 2013

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge